COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| IN RE: ANGELICA ARAMBULA, | § | No. 08-21-00122-CV |
| Relator. | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |
| | § | |

# **O R D E R**

On July 16, 2021, Relator, Angelica Arambula, filed a petition for a writ of mandamus seeking to compel the respondent trial judge to vacate the ruling striking her jury demand and to compel the respondent to place the underlying divorce proceeding, which further involves other disputed issues including conservatorship and claims related to the parties' property, on the jury trial docket. With her petition, Relator filed a "Motion for Emergency Temporary Relief" seeking to stay the underlying proceeding, pending disposition of this petition, because a bench trial has been set for July 21, 2021, at 8:00 a.m.

Relator's emergency motion contains the required certificate of compliance. *See* TEX. R. APP. P. 52.10(a). Accordingly, the Court grants the Relator's motion to the extent it seeks a stay of the non-jury trial setting of July 21, 2021, and ORDERS that setting stayed. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the petition is finally decided or this Court otherwise orders the stay lifted. *See* TEX. R. APP. P. 52.10(b). In the interim, the parties are directed that

1

all matters pertaining to trial preparation or other resolution of the underlying case should continue uninterrupted by this order. Any party may file a motion for reconsideration. *See* TEX. R. APP. P. 52.10(c). Finally, the Court requests a response to the petition for writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed within 20 days from the date of this order. *See* TEX. R. APP. P. 2, 52.4.

IT IS SO ORDERED this 19th day of July, 2021.

PER CURIAM

Before Rodriguez C.J., Palafox and Alley, JJ.

Chief Justice Rodriguez respectfully dissents and would deny the request for Emergency Temporary Relief.